

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00032-CR

Richard Allen **CLARK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A10-243
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED October 28, 2015.

_____
Rebeca C. Martinez, Justice